UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                    Case No.   11-30357-H4-7

Ricky Scott Rice

Debtor

United States District Court
Southern District of Texas
FILED

MAY 27 2011

David J. Bradley, Clerk of Court

MOTION FOR PAYMENT OF FUNDS DEPOSITED FOR RENT

I

The applicant was the landlord of debtor at time of filing of bankruptcy. Debtor deposited with this Court $1,700.00 to cover rent during bankruptcy case.

II

Applicant requests the Court order the $1,700.00 held for his benefit be paid to him.

III

A. Debtor rent for 3019 Cypress Point Dr., Missouri City, Texas 77459 in the sum of $1,700.00 per month.

B. Debtor has not paid any rent since filing case number 11-30357-H4-7.

C. $1,700.00 paid into Court Registry by debtor.

All of the above facts, see attached affidavits of applicant.

*[signature]*
Gary C. Scott
13610 Charwell Crossing
Houston, Texas. 77069
713-412-2113

## Certification of Service

| | |
|---|---|
| U.S. Trustee | Attorney for Debtor |
| Ben B. Floyd | Gordon Lafayette Ginn |
| Office of Trustee | Attorney at Law |
| 700 Louisiana | P.O. Box 1430 |
| Suite 4600 | Friendswood, Texas 77549-1430 |
| Houston, Texas 77002-2732 | Telephone number 281-996-7730 |
| Telephone number 713-222-1470 | |

RRR    7011 0470 0001 5549 5737          7011 0470 0001 5549 5751

B1 (Official Form 1) (4/10)     *County Court Clerk*     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ricky Scott Rice** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: **Southern District of Texas** | Case Number:<br>**03-36920** | Date Filed:<br>**5/09/03** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _(signature)_     January 6, 2011
Signature of Attorney for Debtor(s)     Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

*Handwritten: 713-250-5150 BANKRUPTCY COURT*

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☒ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

**Gary Scott**
(Name of landlord that obtained judgment)
**13630 Charwell Crossing**
**Houston, TX 77069**
(Address of landlord)

☒ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☒ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☒ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                                 Case No.   11-30357-H4-7

Ricky Scott Rice

Debtor

The State of TEXAS,

County of  Harris         ,

AFFIDAVIT OF Gary C Scott

Cause now ( Gary C Scott ) who appeared before me and upon his oath stated:

1. My name is ( Gary C Scott ) and I have personal knowledge of the facts contained herein.

2. Debtor rent for 3019 Cypress Point Dr., Missouri City, Texas 77459 in the Sum of $1,700.00 per month.

3. Debtor has not paid any rent since filing case number 11-30357-H4-7

4. Debtor paid $1,700.00 into the Court for security for my rent. See Document 1 attached hereto.

_____
Gary C Scott

Submitted and sworn to before me a Notary Public in the state of Texas by **Gary C. Scott**

on **27th** day of **May**, 2011

_Linda Hatfield_

Notary Public

Printed Name: **Linda Hatfield**

My Commission Expires:

**6-4-11**

LINDA HATFIELD
Notary Public, State of Texas
My Comm. Expires June 4, 2011